UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.:   3:03CR151 |
| | ) |
| v. | ) |
| | ) **<u>ORDER TO DISMISS THE INDICTMENT</u>** |
| [2] JAMES ALEXANDER SMITH, III | ) |
| | ) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to [2] JAMES ALEXANDER SMITH, III only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: September 23, 2019

Frank D. Whitney
Chief United States District Judge